United States District Court

District of Massachusetts

| | |
|---|---|
| Regis Arnaud Diallo,<br><br>　　　　Petitioner,<br><br>　　　v.<br><br>Antone Moniz, et al.,<br><br>　　　　Respondents. | Civil Action No.<br>25-13259-NMG |

ORDER

GORTON, J.

Having reviewed the pending petition for writ of habeas corpus, the opposition thereto and petitioner's reply to the opposition (Docket Nos. 1, 6 and 8), the Court directs the government to submit a response, within 48 hours, to petitioner's assertion that an arrest warrant was never issued.

So ordered.

　　　　　　　　　　　　　　　　/s/ Nathaniel M. Gorton
　　　　　　　　　　　　　　　　Nathaniel M. Gorton
　　　　　　　　　　　　　　　　Senior United States District Judge

Dated: November 18, 2025